## CASE ANNOUNCEMENTS
*September 17, 2010*

[Cite as *09/17/2010 Case Announcements #2*, 2010-Ohio-4396.]

## MOTION AND PROCEDURAL RULINGS

**2010–1636. State v. Gunnell.**
Clark App. No. 09CA0013. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of execution of the court of appeals' judgment,

It is ordered by the court that the motion is granted.

PFEIFER, J., dissents.

## CASE ANNOUNCEMENTS
*September 20, 2010*

[Cite as *09/20/2010 Case Announcements*, 2010-Ohio-4395.]